JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.M.C., | Case No. 5:18-cv-01047-JAK-SHK |
| Plaintiff, | |
| v. | JUDGMENT |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

The decision of the Commissioner of Social Security is REVERSED and this matter is REMANDED to the Social Security Administration for further proceedings consistent with the corresponding order.

Dated: August 28, 2019

_____
JOHN A. KRONSTADT
United States District Judge